UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY TRAN,<br><br>Plaintiff,<br><br>vs.<br><br>SEMLER SCIENTIFIC INC., DOUGLAS MURPHY-CHUTORIAN, ERIC SEMLER, WILLIAM H.C. CHANG, and DANIEL S. MESSINA,<br><br>Defendants. | Case No. 25-cv-12555<br><br>Hon. Georgia N. Alexakis |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS MOOT, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AND REQUEST FOR AN ORDER REGARDING A FEE MOTION, PURSUANT TO LOCAL RULE 54.3**

Plaintiff Terry Tran, by counsel Ademi & Fruchter LLP hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1) that this action is dismissed with prejudice as moot.

This action arose in connection with the proposed acquisition of Semler Scientific Inc. ("Semler Scientific") by Strive, Inc. ("Parent") and Parent's newly formed merger subsidiaries (together with Parent, "Strive"). On December 5, 2025, Semler Scientific filed a Schedule 14A Definitive Proxy Statement (the "Proxy Statement") with the SEC that resolves the claims in this Action through supplemental disclosure (the "Supplemental Disclosures"). Plaintiff dismisses this action as moot in light of the amended information at p.32 of the Proxy Statement.[1]

Plaintiff intends to file a mootness fee motion pursuant to Fed. R. Civ. P. 54(d)(2) as modified by Local Rule 54.3. Plaintiff therefore requests that the court order, pursuant to L.R.

---

[1] *Compare* Proxy Statement at 32 *with* Complaint, ¶ 38. Counsel for Defendants has confirmed the $1.48 per share value in the Proxy Statement is based on Strive's trading price as of Nov. 10, 2025.

54.3, any fee motion be filed on or before Tuesday, March 19, 2026, which date is 91 days from the date this notice of dismissal is filed.

A proposed Order is attached hereto as Exhibit 1.

Dated: December 18, 2025

**ADEMI & FRUCHTER LLP**

*/s/ John D. Blythin*

By: John D. Blythin (SBN 1046105)
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel. 414-482-8000 | Fax 414-482-8001
jblythin@ademilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, John D. Blythin, certify that on December 18, 2025, I sent this document by electronic mail to the following address(es):

Jonathan A Shapiro
GOODWIN PROCTER LLP
525 Market Street
San Francisco, CA 94105
JShapiro@goodwinlaw.com

*Attorneys for Defendant*

/s/ John D. Blythin
John D. Blythin
**ADEMI & FRUCHTER LLP**
3620 E. Layton Avenue
Cudahy, WI 53110
Phone No.: 414.482.8000
E-mail: jblythin@ademilaw.com

*Attorneys for Plaintiff*