**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Terry Tran

Plaintiff,

v.

Case No.: 1:25−cv−12555
Honorable Georgia N. Alexakis

Semler Scientific Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

MINUTE entry before the Honorable Georgia N. Alexakis: Per plaintiff's notice of voluntary dismissal [18], pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this matter is dismissed with prejudice as moot. Civil case terminated. Without commenting one way or the other on the propriety of a fee motion, plaintiff may file a fee motion by 3/19/26 pursuant to Local Rule 54.3(b). Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.